UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
TIFFANY HALL,

                Plaintiff,

-against-

FRANCMEN 688 LLC AND BEK2 LLC,

                Defendant.
-----------------------------------------------------------x

**Docket No: 1:25-cv-07806**

**CERTIFICATE OF DEFAULT**

    I, TAMMI M. HELLWIG, Clerk of Court of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on September 19, 2025 with the filing of a summons and complaint, a copy of the summons and complaint was served on defendant Francmen 688 LLC, by personally serving Maryalice Taylor, Authorized Agent for the Department of State, State of New York, *and proof of service was therefore filed on January 05, 2026, Doc. # 14.* I further certify that docket entries indicate that defendant Francmen 688 LLC has not filed an answer or otherwise moved with respect to the complaint herein. The default of defendant Francmen 688 LLC is hereby noted.

Dated:  February 6, 2026

**TAMMI M. HELLWIG**

Clerk of Court

By_____:
        Deputy Clerk